IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MIRTECH, INC., | § | |
| | § | No.   627, 2018 |
| Respondent Below, | § | |
| Appellant, | § | |
| | § | Court Below: Court of Chancery |
| v. | § | of the State of Delaware |
| | § | |
| DECCO U.S. POST-HARVEST, | § | C.A. No. 2018-0100-JTL |
| INC., | § | |
| | § | |
| Petitioner Below, | § | |
| Appellee. | | |

Submitted:   June 5, 2019
Decided:   June 13, 2019

Before **VAUGHN**, **SEITZ**, and **TRAYNOR**, Justices.

# **O R D E R**

This 13th day of June 2019, the Court having considered this matter after oral argument and on the briefs filed by the parties has determined that the final judgment of the Court of Chancery should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its memorandum opinion dated November 28, 2018.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Court of Chancery be, and the same hereby is, AFFIRMED.

BY THE COURT:

/s/   James T. Vaughn, Jr.
Justice